# UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DAVID GRISSOM,

        Plaintiff,

        v.

EQUIFAX INFORMATION SERVICES, LLC.,

        Defendants.

Case No. 1:26-cv-01463-SEG-JHR

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DAVID GRISSOM ("Plaintiff'), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, EQUIFAX INFORMATION SERVICES, LLC, has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i).

2.    This case shall hereby be dismissed with Prejudice with each party bearing its/their own attorneys' fees and costs.

Dated: May 6, 2026

By: */s/ Mark A. Carey*
Mark A. Carey, Bar # 109360
Law Offices of Mark A. Carey
5600 Roswell Road, Building C
Sandy Springs, GA 30342
Tel: (716) 853-9243

1

Email: markcareylaw@ymail.com

Attorneys for Plaintiff,
DAVID GRISSOM

## CERTIFICATE OF SERVICE

I certify that on May 6, 2026, I served Plaintiff DAVID GRISSOM'S Notice of Voluntary Dismissal using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey, Bar # 109360
Law Offices of Mark A. Carey
5600 Roswell Road, Building C
Sandy Springs, GA 30342
Tel: (716) 853-9243
Email: markcareylaw@ymail.com